1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
10              AT TACOMA
11
12  LESTER L. ENGLAND,

13              Plaintiff,

14      v.                                      Case No.  C07-5181RJB

15  DANIEL J. RODRIGUEZ  *et al.,*

16              Defendants.                     ORDER DENYING PLAINTIFF'S
                                                MOTION FOR APPOINTMENT
17                                              OF COUNSEL

18
19          This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28

20  U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for appointment of counsel  (Dkt. # 6).

21          There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.

22  Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in*

23  *forma pauperis*, the court may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d

24  1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe,

25  616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the

26  likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of

27  the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

28          Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.   He names as a

ORDER
Page - 1

1  defendant his criminal appellate counsel. An order to Show Cause has been entered in this case as criminal

2  counsel does not act under color of state law. Polk County v. Dodson, 454 U.S. 312, 317-18 (1981).

3  Thus, it appears that this case does not involve exceptional circumstances which warrant appointment of

4  counsel. Accordingly, Plaintiff's Motion to Appoint Counsel (Dkt. # 6) is **DENIED**.

5        The Clerk is directed to send a copy of this Order to plaintiff.

6

7        DATED this 5 day of June, 2007.

8

9                    /S/ J. Kelley Arnold
                     J. Kelley Arnold
10                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2