UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESTER L. ENGLAND,

        Plaintiff,

  v.

DANIEL J. RODRIGUEZ *et al.*,

        Defendants.

Case No.  C07-5181RJB

ORDER GRANTING
PLAINTIFF'S MOTION FOR AN
EXTENSION OF TIME TO FILE
AN AMENDED COMPLAINT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for an extension of time to file an amended complaint  (Dkt. # 11).

    The court reviewed the proposed complaint in this action and found it deficient.  Plaintiff was given one month, until June 15, 2007, to file an amended complaint (Dtk # 9).  Plaintiff did not comply with the court's order and instead has filed a motion asking for a one month extension of time to comply with the court's order (Dkt. # 11).

    The motion is **GRANTED.**  The Clerk is directed to send a copy of this Order to plaintiff and note the **July 15, 2007**, deadline.

    DATED this 18 day of June, 2007.

                    /S/ *J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate Judge