UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESTER L. ENGLAND,

        Plaintiff,

  v.

DANIEL J. RODRIGUEZ *et al.*,

        Defendants.

Case No.  C07-5181RJB

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for an extension of time to file an amended complaint  (Dkt. # 12).  This is the second motion for an extension of time filed in two weeks by plaintiff. Plaintiff has been given over two months to file an amended complaint.   The first motion, (Dkt. # 11), was granted and plaintiff has until July 15, 2007, to file the amended complaint.  There will be no further extension of time.

    The motion is **DENIED.**  The Clerk is directed to send a copy of this Order to plaintiff.

    DATED this 3 day of July, 2007.

                                    */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge